# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:07-cr-00145-KJD-PAL |
| vs. | ) | **ORDER** |
| MICHAEL WAYNE YOST, | ) | (Mtn for Release - Dkt. #625) |
| Defendant. | ) | |

This matter is before the court on Defendant Michael Wayne Yost's Second Motion for Release (Dkt. #625), the government's Response (Dkt. #681), and Defendant's Reply (Dkt. #695). The court has considered the Motion, the Response, and the Reply.

**IT IS ORDERED** that Defendant's Motion for Release (Dkt. #625) is **DENIED.**

Dated this 18th day of May, 2009.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE