UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>Plaintiff,<br><br>vs.<br><br>Sellers et al<br><br>Defendant. | District No.   2:07-CR-145-KJD-PAL |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On July 8, 2010, this court received a transcript order dated July, 7, 2010, requesting transcripts of a hearing held on October, 5, 2007, November 2, 2007, December 7, 2007, February 1, 2008 and March 7, 2008, from Mr. Kevin Stolworthy, counsel for defendant, in which **portions of the hearings were sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed by the Clerk for the limited purpose of providing a copy of the transcript as requested by Mr. Stolworthy.

**IT IS FURTHER ORDERED** that the sealed transcripts shall thereafter be resealed by the Clerk, and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this  9th  day of July, 2010.

_____
Peggy A. Leen
United States Magistrate Judge